ACCEPTED
12-17-00243-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/30/2017 2:57 PM
Pam Estes
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Ave., Lufkin, Texas 75901
(936) 632-1609 telephone/ (936) 632-1640 facsimile

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/30/2017 2:57:47 PM
PAM ESTES
Clerk

November 29, 2017

Cathy Lusk, Clerk
12th Court of Appeals
1517 West Front Street, Ste. 354
Tyler, Texas 75702
Via Electronic Filing

RE:  Trial Court Case Number          2015-0884
     Appeal Case Number             12-17-00243-CR

Style:  Roy Lee Patterson
        v.
        The State of Texas

RE:  Ander's Brief Sent to Criminal

Dear Madam,

Please find pursuant to Rule 48.4 a copy of green card receipt in which I have received on this 29th day of November 2017, regarding enclosures sent to my client Mr. Roy Patterson explaining his right to file a pro se brief.

Sincerely,

*/s/ John D.Reeves*
John D. Reeves
JDR/bm

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roy Lee Patterson
TDCJ # 02143194
Stevenson Unit
1525 FM 766
Cuero, TX. 77954

|||||| ||||| |||| ||||| ||||| ||||| ||||| |||
9590 9402 1546 5362 5605 15

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/17/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt